UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Howard Cohan, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case Number: 1:15-cv-207 |
| ) | |
| ) | Judge: Hon. Harry D. Leinenweber |
| ) | |
| Lombard Hospitality L.L.C. ) | |
| d/b/a Comfort Suites Lombard, ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE AND WITHOUT COSTS OR FEES TO EITHER PARTY**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, HOWARD COHAN, and Defendant, Lombard Hospitality LLC., d/b/a Comfort Suites Lombard., stipulate, and the parties agree to dismiss this case, **with prejudice**, both sides to bear their own fees and costs. Therefore, the parties respectfully request this Honorable Court dismiss this case, **with prejudice**, both parties to bear their own fees and costs and for the court to retain jurisdiction to enforce settlement.

On behalf of the movant,

LAW OFFICES OF JACOBSON & TCHERNEV
*Attorneys for Plaintiff*
33 N. Dearborn St.
Ste.1907
Chicago, IL 60602
Tel: (312)-669-4441
Fax: (312)-781-6732

        BY: /s/ Ivo Tchernev
        Ivo Tchernev Esq.
        Legal@Lawjtchicago.com
        Illinois Bar Number: 6304132